Criminal Std (6/13/2012)

HONORABLE: **Victor A. Bolden**
DEPUTY CLERK **J. Perez**          RPTR/ECRO/TAPE **S. Montini**
USPO _____              INTERPRETER _____

TOTAL TIME: ___ hours **54** minutes

DATE: **4/17/2018**     START TIME: **3:31**     END TIME: **4:25**

### COURTROOM MINUTES

| | | | |
|---|---|---|---|
| ☐ IA-INITIAL APPEAR | ☒ BOND HRG | ☐ CHANGE OF PLEA | ☐ IN CAMERA HRG |
| ☐ IA- RULE 5 | ☐ DETENTION HRG | ☐ WAIVER/PLEA HRG | ☐ COMPETENCY HRG |
| ☒ ARRAIGNMENT | ☐ PROBABLE CAUSE | ☐ EXTRADITION HRG | ☐ FORFEITURE |
| ☐ CONFLICT HRG | ☐ EVIDENTIARY HRG | ☐ STATUS CONF | ☐ MOTION HRG |

CRIMINAL NO. **3:18cr48**       DEFT # **01**

**John Trowbridge Pierpont**
AUSA

**UNITED STATES OF AMERICA**
vs
**Robert Matthews**

**David Ring**
Counsel for Defendant Ret ☒ CJA ☐ PDA ☐

---

☐ ....... Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
☐ ...... ☐ Arrest Date (CT Case): _____ ☐ Case unsealed or ☐ Rule 5 arrest, _____ Dist of _____
☐ ...... CJA 23 Financial Affidavit filed ☐ under seal
☐ ...... Order Appointing Federal Public Defender's Office filed
☐ ...... Court appoints Attorney _____ to represent defendant for ☐ this proceeding only ☐ all proceedings
☐ ...... Appearance of _____ filed
☐ ...... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed
☐ ...... ☐ Information/Misdemeanor filed ☐ Sealed Information filed
☐ ...... ☐ Waiver of Indictment (case opening) filed ☒ Felony Information filed
☐ ...... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
☐ ...... Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
☒ ...... Plea of ☒ not guilty ☐ guilty ☐ nolo contendere to count(s) **1-20** of the **indictment**
☐ ...... Petition to Enter Guilty Plea filed                                                  (indict, superseding indict, info)
☐ ...... Defendant motions due _____ ; Government responses due _____
☐ ...... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
☐ ....... Hearing on Pending Motions scheduled for _____ at _____
☒ ...... Jury Selection set for **6/4/2018** at **9:00**
☐ ...... Remaining Count(s) to be dismissed at sentencing
☐ ...... Sentencing set for _____ at _____ ☐ Probation 246B Order for PSI & Report
☐ ...... Special Assessment of $_____ on count(s)_____ . Total $_____ ☐ Due immediately ☐ Pay at sentencing
☐ ...... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ...... Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ...... Order of Detention filed
☐ ...... Deft ordered removed/committed to originating /another District of _____
☐ ...... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
☐ ...... Waiver of Rule 5 Hearing filed
☐ ...... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ...... Bond ☐ set at $_____ ☐ reduced to $_____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
☒ ...... Bond ☐ revoked ☐ reinstated ☐ continued ☒ modified
☐ ...... Defendant detained
☒ ...... Bond ____ Hearing ☐ waived ☒ set for **5/30/2018 11:00am** ☐ continued until _____
☐ ...... Set Attorney Flag and notify Federal Grievance Clerk

☒ SEE page II for ☒ conditions of bond ☐ additional proceedings

## CONDITIONS OF BOND

☒ ..... Travel restricted to Connecticut of extended to <u>FL and New Hampshire</u>
upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☒ ..... as set forth in the Order Setting Conditions of Release

☐ ..... _____

## ADDITIONAL PROCEEDINGS

| | | |
|---|---|---|
| ☐ ..... Deft's oral motion _____ | ☐ granted | ☐ denied ☐ advisement |
| ☐ ..... Deft's oral motion _____ | ☐ granted | ☐ denied ☐ advisement |
| ☐ ..... Deft's oral motion _____ | ☐ granted | ☐ denied ☐ advisement |
| ☐ ..... Deft's oral motion _____ | ☐ granted | ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion _____ | ☐ granted | ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion _____ | ☐ granted | ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion _____ | ☐ granted | ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion _____ | ☐ granted | ☐ denied ☐ advisement |
| ☐ ..... # ___ Deft _____ Motion _____ | ☐ granted | ☐ denied ☐ advisement |
| ☐ ..... # ___ Deft _____ Motion _____ | ☐ granted | ☐ denied ☐ advisement |
| ☐ ..... # ___ Govt Motion _____ | ☐ granted | ☐ denied ☐ advisement |
| ☐ ..... # ___ Govt Motion _____ | ☐ granted | ☐ denied ☐ advisement |
| ☐ ..... _____ | ☐ filed ☐ granted | ☐ denied ☐ advisement |
| ☐ ..... _____ | ☐ filed ☐ granted | ☐ denied ☐ advisement |
| ☐ ..... _____ | ☐ filed ☐ granted | ☐ denied ☐ advisement |
| ☐ ..... _____ | ☐ filed ☐ granted | ☐ denied ☐ advisement |
| ☐ ..... _____ | ☐ filed ☐ granted | ☐ denied ☐ advisement |

Notes: