Criminal Std (6/13/2012)

HONORABLE: **Sarah A. L. Merriam**
DEPUTY CLERK **A. Caffrey**   RPTR/ECRO/TAPE **FTR - CR4**
USPO _____   INTERPRETER _____

TOTAL TIME: ___ hours  **14** minutes

DATE: **9/4/2018**   START TIME: **10:43AM**   END TIME: **10:57AM**

## COURTROOM MINUTES

- ☐ IA-INITIAL APPEAR
- ☐ IA- RULE 5
- ☒ ARRAIGNMENT
- ☐ CONFLICT HRG
- ☐ BOND HRG
- ☐ DETENTION HRG
- ☐ PROBABLE CAUSE
- ☐ EVIDENTIARY HRG
- ☐ CHANGE OF PLEA
- ☐ WAIVER/PLEA HRG
- ☐ EXTRADITION HRG
- ☐ STATUS CONF
- ☐ IN CAMERA HRG
- ☐ COMPETENCY HRG
- ☐ FORFEITURE
- ☐ MOTION HRG

CRIMINAL NO. **3:18-cr-00048-VAB**   DEFT # **1**

**UNITED STATES OF AMERICA**
vs
**Robert V. Matthews**

**John Trowbridge Pierpont**
AUSA

**David A. Ring**
Counsel for Defendant  Ret ☒  CJA ☐  PDA ☐

---

- ☐ ....... Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
- ☐ ...... ☐ Arrest Date (CT Case): _____ ☐ Case unsealed or ☐ Rule 5 arrest, _____ Dist of _____
- ☐ ...... CJA 23 Financial Affidavit filed ☐ under seal
- ☐ ...... Order Appointing Federal Public Defender's Office filed
- ☐ ...... Court appoints Attorney _____ to represent defendant for ☐ this proceeding only ☐ all proceedings
- ☐ ...... Appearance of _____ filed
- ☐ ...... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed
- ☐ ...... ☐ Information/Misdemeanor filed ☐ Sealed Information filed
- ☐ ...... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
- ☐ ...... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
- ☐ ...... Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
- ☒ ...... Plea of ☒ not guilty ☐ guilty ☐ nolo contendere to count(s) **1-21** of the **Superseding Indictment**
- ☐ ...... Petition to Enter Guilty Plea filed  (indict, superseding indict, info)
- ☐ ...... Defendant motions due _____ ; Government responses due _____
- ☐ ...... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
- ☐ ....... Hearing on Pending Motions scheduled for _____ at _____
- ☒ ...... Jury Selection set for **November 5, 2018** at **9:00AM**
- ☐ ...... Remaining Count(s) to be dismissed at sentencing
- ☐ ...... Sentencing set for _____ at _____ ☐ Probation 246B Order for PSI & Report
- ☐ ...... Special Assessment of $_____ on count(s)_____. Total $_____ ☐ Due immediately ☐ Pay at sentencing
- ☐ ...... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Order of Detention filed
- ☐ ...... Deft ordered removed/committed to originating /another District of _____
- ☐ ...... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
- ☐ ...... Waiver of Rule 5 Hearing filed
- ☐ ...... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Bond ☐ set at $_____ ☐ reduced to $_____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
- ☒ ...... Bond ☐ revoked ☐ reinstated ☒ continued ☐ modified
- ☐ ...... Defendant detained
- ☐ ...... _____ Hearing ☐ waived ☐ set for _____ ☐ continued until _____
- ☐ ...... Set Attorney Flag and notify Federal Grievance Clerk

☐ SEE page II for ☐ conditions of bond ☐ additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____ upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☐ ..... _____

## ADDITIONAL PROCEEDINGS

☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement

Notes: