UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:18-cr-00048-VAB |
| | : | |
| v. | : | |
| | : | |
| ROBERT MATTHEWS, | : | |
| LESLIE EVANS, and | : | |
| MARIA MATTHEWS | : | |
| | : | |
| Defendants. | : | October __, 2018 |

## SCHEDULING ORDER

In accordance with the Local Criminal Rules and after consultation with counsel for the government and counsel for the defendants, the Court hereby ORDERS the following schedule for the filing of pretrial motions and the trial in this case:

| | |
|---|---|
| Pretrial Motions | November 30, 2018 |
| Responses Pretrial Motions | December 21, 2018 |
| Replies to Responses to Pretrial Motions | January 11, 2018 |
| Hearing on Pretrial Motions | January 25, 2019 |
| Government's Initial Witness List | April 12, 2019 |
| Government's Initial Exhibit List and Exhibits | April 12, 2019 |
| Defendants' Initial Witness Lists | April 19, 2019 |
| Defendants' Initial Exhibit Lists and Exhibits | April 19, 2019 |
| Motions *in limine* (both parties) | May 3, 2019 |
| Responses to motions *in limine* | May 17, 2019 |
| Replies to responses to motions *in limine* | May 24, 2019 |

| | |
|---|---|
| Proposed Jury Instructions and Voir Dire Questions | June 7, 2019 |
| Hearing on motions *in limine* | June 7, 2019 |
| Pretrial Conference | June 10, 2019 |
| Jury Selection | June 14, 2019 |
| Trial | June 17, 2019 |

Dated:  Bridgeport, Connecticut
            October \_\_\_\_, 2018


_____
THE HON. VICTOR A. BOLDEN
UNITED STATES DISTRICT JUDGE