# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CASE NO.: 3:18-CR-00048 (VAB) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| | : | |
| ROBERT V. MATTHEWS, ET AL., | : | April 10, 2019 |
| | : | |
| Defendants. | : | |

## MOTION TO CONTINUE ORAL ARGUMENT AND SUSPEND SCHEDULING ORDER

Defendant Robert Matthews moves to continue the oral argument presently scheduled for April 24, 2019, and to suspend the Court's scheduling order.

In support of this motion the undersigned represents as follows:

1.     Mr. Matthews and his codefendants have moved to dismiss the charges against them, and in the alternative to transfer venue.  The defendants' motions rely, in large part, on the specific allegations set forth in the pending superseding indictment.

2.     Oral argument for these motions is presently scheduled for April 24, 2019.

3.     The government previously informed the Court during a scheduling conference that it may file a second superseding indictment.  The government has recently informed the defendants that it does, in fact, intend to file a second superseding indictment in early May 2019.

4.     Mr. Matthews anticipates that the government will revise the charges currently pending against him, to address the claims raised in his motions to dismiss and transfer.  Further, the second superseding indictment may give rise to additional Rule 12 motions.

5.     The Court's current scheduling order also requires the parties to exchange witness and exhibit lists, beginning April 12, 2019.

6.      The government does not object to this motion, and co-defendant Mia Matthews has agreed to join this motion.

Wherefore, it would be in the interests of judicial economy for the Court to postpone the scheduled oral argument and to suspend its current scheduling order until the government files its second superseding indictment.  Once that occurs, the parties and the Court should reconvene to determine the applicable Speedy Trial  Act deadlines and a reasonable trial schedule.

Respectfully submitted,


*/s/ David A. Ring*
David A. Ring (ct14362)
Paul A. Tuchmann (ct30523)
WIGGIN & DANA LLP
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
T: 203-498-4377
F: 203-782-2889
dring@wiggin.com
ptuchmann@wiggin.com

*Attorneys for Mr. Matthews*

## **CERTIFICATION**

This is to certify that on this date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

*/s/ David A. Ring*
David A. Ring (ct14362)