# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | CASE NO.: 3:18-CR-00048 (VAB) |
| Plaintiff, : | |
| v. : | |
| : | |
| : | |
| ROBERT V. MATTHEWS, : | April 25, 2019 |
| : | |
| Defendant. : | |

## MOTION FOR CJA APPOINTMENT

Defendant Robert Matthews respectfully requests the Court to appoint his current retained counsel, David Ring and Paul Tuchmann of Wiggin and Dana LLP, pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. In support of this motion, Mr. Matthews and his counsel will submit *ex parte*, *in camera* affidavits (including the CJA23 Financial Affidavit) directly to the Court, during upcoming proceedings.

Respectfully submitted,

*/s/ David A. Ring*
David A. Ring (ct14362)
Paul A. Tuchmann (ct30523)
WIGGIN & DANA LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
T: 203-498-4377
F: 203-782-2889
dring@wiggin.com
ptuchmann@wiggin.com

*Attorneys for the defendant*

## **CERTIFICATION**

This is to certify that on this date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

*/s/ David A. Ring*
David A. Ring (ct14362)
Paul A. Tuchmann (ct30523)
WIGGIN & DANA LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
T: 203-498-4377
F: 203-782-2889
dring@wiggin.com