# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CASE NO.: 3:18-CR-00048 (VAB) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| | : | |
| ROBERT V. MATTHEWS, ET AL., | : | June 12, 2019 |
| | : | |
| Defendants. | : | |

## CONSENT MOTION TO MODIFY BOND

Defendant Robert Matthews hereby moves for modification of his conditions of release, so the properties used to secure his original bond in the Southern District of Florida can be released to his sureties.

In support of this motion the undersigned represents as follows:

1.      Mr. Matthews was arrested in Florida, in early March 2018, pursuant to an arrest warrant issued upon return of the original indictment in this case.

2.      After presentment and as part of the removal proceedings, the Southern District of Florida released Mr. Matthews on a $500,000 bond, secured by his signature, the signatures of four sureties (including his wife), and three properties owned by the sureties (not including his wife).  *See* 9:18-mj-08109(DLB) (SDFL), Doc. Nos. 4 & 6.

3.      On April 17, 2018, Mr. Matthews was presented before the Court, which issued its own order setting conditions of release (and which it later amended for reasons not material to this motion).  *See* Doc. No. 28.  The Court, in part, ordered that "all conditions ordered in [SDFL] remain in effect."  Doc. No. 28 at 2.  Accordingly, not only did the sureties remain responsible for the bond amount, but their properties remained encumbered.

4.      Mr. Matthews recently pleaded guilty to several counts of the superseding indictment, and his sentencing date has not yet been set.  After his change-of-plea, he was released in accordance with the existing conditions of release.

5.      Mr. Matthews has been, and is, compliant with his conditions of release.

6.      Two of Mr. Matthews' sureties now wish to sell their properties, which have been encumbered for over a year.

Wherefore, given Mr. Matthews' compliance with the conditions of his release and the fact that he poses no risk of flight, he requests that the Court (i) modify its conditions of release so the sureties' property is no longer required to secure his bond, and (ii) authorize the Southern District of Florida or any other party in possession of the bond packages to return them to the sureties.

The government consents to this request.

Respectfully submitted,

*/s/ David A. Ring*
David A. Ring (ct14362)
Paul A. Tuchmann (ct30523)
WIGGIN & DANA LLP
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
T: 203-498-4377
F: 203-782-2889
dring@wiggin.com
ptuchmann@wiggin.com

*Attorneys for Mr. Matthews*

## **CERTIFICATION**

This is to certify that on this date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

*/s/ David A. Ring*
David A. Ring (ct14362)