# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CASE NO.: 3:18-CR-00048 (VAB) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| | : | |
| ROBERT V. MATTHEWS, ET AL., | : | July 1, 2019 |
| | : | |
| Defendants. | : | |

## MOTION TO FILE SEALED *EX PARTE* MOTION

Undersigned counsel for defendant Robert Matthews respectfully requests permission to file the attached *Ex Parte, In Camera* Supplemental Motion for CJA Appointment *ex parte* and under seal because it relates to his legal representation by counsel under the Criminal Justice Act, 18 U.S.C. 3006A.

      Respectfully submitted,

      */s/ David A. Ring*
      David A. Ring (ct14362)
      Paul A. Tuchmann (ct30523)
      WIGGIN & DANA LLP
      One Century Tower
      265 Church Street
      P.O. Box 1832
      New Haven, CT 06508-1832
      T: 203-498-4377
      F: 203-782-2889
      dring@wiggin.com
      ptuchmann@wiggin.com

      **ATTORNEYS FOR DEFENDANT**
      **ROBERT V. MATTHEWS**

## CERTIFICATION

This is to certify that on this date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

                                          */s/ David A. Ring*
                                          David A. Ring (ct14362)
                                          WIGGIN & DANA LLP
                                          One Century Tower
                                          265 Church Street
                                          P.O. Box 1832
                                          New Haven, CT 06508-1832
                                          T: 203-498-4377
                                          F: 203-782-2889
                                          dring@wiggin.com