UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL No. 3:18CR48(SRU) |
| v. | : | |
| | : | |
| ROBERT V. MATTHEWS | : | |

## WITHDRAWAL OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my withdrawal of appearance as counsel in this case for the plaintiff, United States of America.

| | |
|---|---|
| 4/26/2021 | /s/ Susan L. Wines |
| Date | Signature |
| | |
| phv02379 | Susan L. Wines |
| Connecticut Federal Bar Number | Print Clearly or TypeName |
| | |
| (203) 821-3700 | 157 Church Street, 23rd Floor |
| Telephone Number | Address |
| | |
| (203) 773-5389 | New Haven, Connecticut  06510 |
| Fax Number | Address |
| | |
| Susan.Wines@usdoj.gov | |
| E-mail address | |

CERTIFICATION OF SERVICE

This is to certify that the foregoing Withdrawal of Appearance was mailed on this   day of

to:

_____

ASSISTANT UNITED STATES ATTORNEY