UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA         No. 3:18-cr-48-VAB

v.         **March 14, 2023**

ROBERT V. MATTHEWS

### JOINH MOTION TO CONTINUNE SENTENCING AND ASSOCIATED DEADLINES

The parties jointly request that the sentencing in this matter be continued between 45 and 60 days. The parties also request that all associated sentencing deadlines, including the final PSI disclosure deadline, be continued by between 45 and 60 days as well.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

/s/
JOHN T. PIERPONT, JR.
ASSISTANT U.S. ATTORNEY
Fed Bar No. phv07973
157 Church Street, 25th Floor
New Haven, CT 06510
(203) 821-3700
John.pierpont@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 14, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/
JOHN T. PIERPONT, JR.
ASSISTANT UNITED STATES ATTORNEY