# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : CASE NO.: 3:18-CR-00048 (VAB) |
| Plaintiff, | : |
| v. | : |
| | : |
| ROBERT V. MATTHEWS, ET AL., | : May 31, 2023 |
| | : |
| Defendants. | : |

## CONSENT MOTION TO CONTINUE SENTENCING

Defendant Robert Matthews moves to continue his sentencing by an additional thirty days. In support of this motion the undersigned represents as follows:

1.  Mr. Matthews is currently scheduled to be sentenced on June 15, 2023.

2.  Mr. Matthews, who lives in Florida, had surgery on his left eye in late March, 2023, for a detached retina.

3.  On May 30, 2023, Mr. Matthews visited his surgeon, who observed that Mr. Matthews' eye still contains a gas bubble from the surgery. Mr. Matthews' doctor has advised that Mr. Matthews cannot travel by air until the gas bubble has dissipated fully. A copy of the medical report has been provided to the government and probation.

4.  While it is difficult to predict when the gas bubble with be fully absorbed, it is hoped that will occur within the next 30 days.

Wherefore, the defense requests that Mr. Matthews sentencing be continued by approximately thirty days. The government consents to this motion.

Respectfully submitted,

*/s/ David A. Ring*
David A. Ring (ct14362)
WIGGIN & DANA LLP
265 Church Street
New Haven, CT 06508-1832
T: 203-498-4377
F: 203-782-2889
dring@wiggin.com

*Attorney for Mr. Matthews*

## **CERTIFICATION**

This is to certify that on this date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

*/s/ David A. Ring*
David A. Ring (ct14362)

cc: Christina Fawcett Moronta, USPO